UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JAMAH GODWIN, 25-cr-544

---

# PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum ( ) Ad Testificandum

1. **Jamah Godwin**: DOB: [redacted]: FBI: 963382AH0: SBI No.: 326228G (hereinafter the "Detainee") is now confined at South Woods State Prison.

2. The Detainee is charged in this District by: ( ) Indictment (X) Information ( ) Complaint

with violations of 21 U.S.C. 846

3. The Detainee will be required at Frank R. Lautenberg Post Office and United States Courthouse, 2 Federal Square, Newark, New Jersey, before the Hon. Brian R. Martinotti, U.S. District Judge, on October 14, 2026 at 10:00 a.m. for a sentencing hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: 10/9/26

*/s/ James Graham*_____
James Graham
Assistant U.S. Attorney
Petitioner

## O R D E R

Let the Writ Issue.

DATED: October 9, 2026

Brian R. Martinotti
Hon. Brian R. Martinotti, U.S.D.J.

## W R I T O F H A B E A S C O R P U S

The United States of America to Warden of the South Woods State Prison:

WE COMMAND YOU that you have the body of

**JAMAH GODWIN**,

now confined at South Woods State Prison, brought before the United States District Court, the Hon. Brian R. Martinotti, U.S. District Judge, in the Frank R. Lautenberg Post Office and United States Courthouse at 2 Federal Square, Newark, New Jersey, on October 14, 2026 at 10:00 a.m. so that the Detainee may participate in a sentencing hearing in the above-captioned matter.

WITNESS the Honorable Brian R. Martinotti
United States District Judge
Newark, New Jersey.

DATED: October 9, 2026

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: ______________________________
Lissette Rodriguez, Deputy Clerk